# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC X. RAMBERT, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-5249 |
| : | |
| LAWRENCE KRASNER, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 9th day of January, 2020, upon consideration of Plaintiff Eric X. Rambert's "Motion Requesting Reversal of Order of November 12th 2019," (ECF No. 7), which the Court construes as a Motion for Reconsideration, it is **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated in the Court's Memorandum.

2. The Court's November 12, 2019 Order (ECF No. 6) is **VACATED**.

3. If Rambert seeks to proceed *in forma pauperis*, he shall, within thirty (30) days of the date of this Order, file a certified copy of his prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined during the time period from May 6, 2019 through November 6, 2019 in accordance with 28 U.S.C. § 1915(a)(2). Alternatively, Rambert can proceed by submitting $400 (the $350 filing fee and $50 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.

4. If Rambert is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed. He will not be entitled to the return of any payments made toward the fee.

5. If Rambert fails to comply with this Order, this case may be dismissed without further notice for failure to prosecute

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**